```
 1  KAREN P. HEWITT
    United States Attorney
 2  RICHARD TOLLES
    Assistant U.S. Attorney
 3  California State Bar No. 078948
    U.S. Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone:  (619) 557-7479
 6
 7
                     UNITED STATES DISTRICT COURT
 8
                    SOUTHERN DISTRICT OF CALIFORNIA
 9
10  LUIS FELIPE CASAS CASTRILLON   )   Case No. 07cv2258IEG(LSP)
                                   )
11              Plaintiff,         )
                                   )
12      v.                         )   NOTICE OF RELATED CASE
                                   )
13  El Centro Detention Center,    )
    et al.,                        )
14                                 )
                Defendants.        )
15  _____)
```

16      Pursuant to Local Rule 40.1.e, notice is hereby given that this
17 action is related to <u>Castrillon v. El Centro Detention Center, et al.</u>,
18 07cv2078JM(CAB).  The complaints in these two actions are, or appear
19 to be, identical.  Therefore, "assignment to a single district judge
20 is...likely to effect a saving of judicial effort and other
21 economies."  Local Rule 40.1.e.

22      This notice does not constitute an appearance by the federal
23 defendants named in plaintiff's complaints, none of whom have been
24 //
25 //
26 //
27 //
28 //

served.  Furthermore, service of the complaint on the United States Attorney's Office in these actions does not comply with Fed. R. Civ. P. 4(i).

DATED: January 3, 2008

                        Respectfully submitted,

                        KAREN P. HEWITT
                        United States Attorney

                        s/ Richard Tolles
                        Assistant U.S. Attorney
                        E-Mail: Richard.Tolles@usdoj.gov