```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ RICHARD TOLLES
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 078948
   │ U.S. Attorney's Office
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California 92101-8893
   │ Telephone:  (619) 557-7479
 6 │
 7 │
   │                   UNITED STATES DISTRICT COURT
 8 │
   │                  SOUTHERN DISTRICT OF CALIFORNIA
 9 │
10 │ LUIS FELIPE CASAS CASTRILLON   )  Case No. 07cv2258IEG(LSP)
   │                                )
11 │            Plaintiff,          )
   │                                )
12 │      v.                        )  CERTIFICATE OF SERVICE BY MAIL
   │                                )
13 │ El Centro Detention Center,    )
   │ et al.,                        )
14 │                                )
   │            Defendants.         )
15 │ _____)
16 │ IT IS HEREBY CERTIFIED THAT:
17 │      I, the undersigned, am a citizen of the United States and am at
18 │ least eighteen years of age.  My business address is 880 Front Street,
19 │ Room 6293, San Diego, California 92101-8893.
20 │      I am not a party to the above-entitled action.  I have caused
21 │ service of:
22 │      NOTICE OF RELATED CASE (dated 01/03/08)
23 │ on the following parties by electronically filing the foregoing with
24 │ the Clerk of the District Court using its ECF System, which
25 │ electronically notifies them.
26 │      N/A
27 │ //
28 │ //
```

1      I hereby certify that I have caused to be mailed the foregoing,
2 by the United States Postal Service, to the following non-ECF
3 participants on this case:
4     Luis Felipe Casas Castrillon
    A# 92-925-346
5     El Centro Detention Center
    1115 North Imperial Avenue
6     El Centro, CA 92243
7 the last known address, at which place there is delivery service of
8 mail from the United States Postal Service.
9      I declare under penalty of perjury that the foregoing is true and
10 correct.
11      Executed on January 4, 2008.
12
13
14                   Lori Aragon MacDonald

CERT. OF SERVICE RE: NOTICE OF RELATED CASE     2     07cv2258